IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | )<br>)<br>) |
| v. | ) CIVIL NO. 3:21-cv-293-RJC |
| APPROXIMATELY $383,590 IN UNITED STATES CURRENCY SEIZED FROM JOHNATHAN REED MOZEAK ON NOVEMBER 30, 2020 IN YUKON, OKLAHOMA | )<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER OF DEFAULT JUDGMENT**

**THIS MATTER IS BEFORE THE COURT** on the Government's Motion for Entry of Default Judgment (Doc. No. 8). Having considered the Motion and the pleadings, the Court **GRANTS** the Motion and Order as follows:

**IT IS HEREBY ORDERED** that Judgment by Default is entered against all persons in the world not having filed a claim in this action as to the following property:

**Approximately $383,590 in United States Currency seized from Johnathan Reed Mozeak on November 30, 2020 in Yukon, Oklahoma**.

Signed: September 7, 2021

Robert J. Conrad, Jr.
United States District Judge